419 A.2d 196

Commonwealth v. Chung, Appellant.

Submitted March 22, 1979. George Gershenfeld, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.